UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:12-cv-01991-SVW | Date | January 3, 2013 |
|---|---|---|---|
| Title | In Re Jean Esther Nelson | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  IN CHAMBERS ORDER re: ORDER REMOVING CASE FROM ACTIVE CASELOAD

The Court having received notice that the above-entitled action has been settled, and that such settlement was approved by order of United States Bankruptcy Judge Mark S. Wallace;

IT IS THEREFORE ORDERED that the parties submit a stipulation for dismissal of this action no later that 45 days of this order.

IT IS FURTHER ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

|  | : |
|---|---|
| Initials of Preparer | PMC |